UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET,

    Plaintiff,

v.

ROGER E. WALKER, SHERRY BENTON, B. HECK, LT. DURHAM, DANIEL L. AUSTIN, T. KISRO, MS. WINGERTER, R. LUTE, MARCIA HILL, UNKNOWN PARTY, JAMES D. BLADES, CYNTHIA M. JORDAN, LT. DAVID, ASST. WARDEN WILSON, DON HULICK, J.W. GOFORTH, and C/O CUSHMAN,

    Defendants.

Case No. 10-cv-626-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the plaintiff having dismissed others,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims by plaintiff Marc Norfleet are dismissed with prejudice:

- Count 2 (indifference to grievances) against defendants Wingerter, Kisro, Austin, GoForth and Hulick; and

- Count 5 (lack of hot water, ventilation and outdoor basketball in violation of the Eighth Amendment) against Austin, Durham, Cushman and GoForth;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims by plaintiff Marc Norfleet are dismissed without prejudice:

- Count 1 (retaliation for filing grievances by altering the shower schedule, charging him a co-pay for his medication, and transferring him to Menard Correctional Center in violation of the First Amendment) against defendants Wilson, Austin, Walker, Benton, Hill, David and Hulick;

- Count 3 (deliberate indifference to serious medical needs by crushing pills in violation of the Eighth Amendment) against Hill;

- Count 4 (failure to call witnesses at disciplinary hearing in violation the Fourteenth

Amendment due process clause) against Blades and Jordan; and

- All claims against defendants Lute, Bradley, Unknown Party and Cowan.

**DATED: May 5, 2011**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                       **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**