UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. 10-cv-626-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Marc Norfleet's motion for leave to appeal (Doc. 58) the decision by the United States Court of Appeals for the Seventh Circuit (Doc. 52). *See Norfleet v. Walker*, No. 11-2137, 2012 WL 2520465 (7th Cir. July 2, 2012). That decision did not direct the Court to reinstate a claim (Count 1a) Norfleet voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) so that the case would become immediately appealable (*See* Docs. 33 & 34). The Court of Appeals found, "All the claims except the statutory claim were properly dismissed." The statutory claim has since been reinstated.

This Court cannot give Norfleet leave to appeal – technically, to file petition for a writ of *certiorari* to the Supreme Court – the Court of Appeals' July 7, 2012, decision. Appeals of decisions from the Court of Appeals are governed by Supreme Court Rules 10-16. None of those rules authorize this Court to grant permission for leave to file a petition for writ of *certiorari*. Accordingly, the Court **DENIES as moot** Norfleet's motion for leave to appeal (Doc. 58). If Norfleet wishes to file a petition for a writ of *certiorari*, he should consult and follow the Supreme Court Rules. The Court further reminds Norfleet that Count 1a was dismissed from this case without prejudice, so he may be able to bring the claim back in the case by seeking to file an amended complaint.

**IT IS SO ORDERED.**
**DATED: September 11, 2012**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**