UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET,

      Plaintiff,

  v.

ILLINOIS DEPARTMENT OF CORRECTIONS,

      Defendant.

Case No. 10-cv-626-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Marc Norfleet's objection (Doc. 65) to Magistrate Judge Philip M. Frazier's October 9, 2012, order (Doc. 64) rejecting a tendered amended complaint on the grounds that it is improperly captioned, it includes claims that were dismissed with prejudice, does not comply with the Court's instructions regarding designation of claims, and does not underline new material as required by Local Rule 15.1.  The order allowed Norfleet 45 days to seek leave to reinstate claims that he previously dismissed without prejudice and to tender an amended pleading that did not contain the aforementioned deficiencies. Norfleet believes the Magistrate Judge Frazier has been too strict on him.

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law.  See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).  Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law.  *Id.*

The Court has reviewed Magistrate Judge Frazier's order and finds it is not clearly erroneous or contrary to law.  It allows Norfleet sufficient time to cure deficiencies in his tendered pleading and seek leave to file the amended pleading.  The Court clarifies that in

addition to Counts 1, 3 and 4, the tendered amended pleading may also include Count 6, the Rehabilitation Act claim against the Illinois Department of Corrections, as designated in the Court's August 1, 2012, order (Doc. 53).

For these reasons, the Court **AFFIRMS** Magistrate Judge Frazier's October 9, 2012, order (Doc. 64) and **OVERRULES** Norfleet's objection (Doc. 65).

**IT IS SO ORDERED.**
**DATED: October 23, 2012**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**