UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. 10-cv-626-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Marc Norfleet's objection (Doc. 81) to Magistrate Judge Philip M. Frazier's February 4, 2013, order (Doc. 80) denying plaintiff Marc Norfleet's motion for leave to amend and reinstate claims (Doc. 76) on the grounds that his proposed amended pleading attempts: (1) to add to Count 6 (Rehabilitation Act claim) defendants who have no basis for liability under that act and where the proper defendant, IDOC, is already a defendant, and (2) to reinstate old claims that are not properly joined with Count 6.

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

The Court has reviewed Magistrate Judge Frazier's order and finds it is not clearly erroneous or contrary to law. IDOC is the only proper defendant in Count 6, and Norfleet is free to file additional suits raising the claims he sought to add in this case. For these reasons, the Court **AFFIRMS** Magistrate Judge Frazier's February 4, 2013, order (Doc. 80) and **OVERRULES** Norfleet's objection (Doc. 81).

**IT IS SO ORDERED.**
**DATED: February 27, 2013**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**