UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARC NORFLEET,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. 10-cv-626-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Marc Norfleet's objection (Doc. 92) to Magistrate Judge Philip M. Frazier's November 20, 2014, order (Doc. 87) denying Norfleet's motion for leave to amend his pleading (Doc. 86) on the grounds that his proposed amended pleading was filed after the December 17, 2012, deadline for amendment of pleadings.

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). The Court may also *sua sponte* reconsider any matter determined by a magistrate judge. L.R. 73.1(a); *Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

The Court has reviewed Magistrate Judge Frazier's order and finds it is not clearly erroneous or contrary to law. Further, the Court declines to reconsider the matter. For these reasons, the Court **AFFIRMS** Magistrate Judge Frazier's November 20, 2014, order (Doc. 87) and **OVERRULES** Norfleet's objection (Doc. 92).

**IT IS SO ORDERED.**
**DATED:   January 12, 2015**

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**