UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARC NORFLEET,<br><br>                    Plaintiff,<br><br>        v.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>                    Defendant. | Case No. 10-cv-626-JPG-SCW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 136) of Magistrate Judge Stephen C. Williams recommending that the Court deny defendant Illinois Department of Corrections' ("IDOC") motion for summary judgment (Doc. 122).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.  Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made. *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.  The Court has reviewed the entire file and finds that the Report is not clearly erroneous.  Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 136); and
- **DENIES** IDOC's motion for summary judgment (Doc. 122);

The Court further **RECONSIDERS** *sua sponte* the plaintiff's motions for appointment of counsel (Docs. 7 & 94) and will attempt to recruit counsel for the purposes of trial.  The Court further **ORDERS** the parties to submit a proposed final pretrial order to Magistrate Judge Williams' chambers on or before June 17, 2016.

**IT IS SO ORDERED.**
**DATED:  May 16, 2016**

                                                 s/ J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**