IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MARC NORFLEET, #R-57214,<br><br>Plaintiff,<br><br>vs.<br><br>ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. 3:10-cv-00626-SCW<br>Honorable Stephen C. Williams |

**UNOPPOSED MOTION TO DELAY ENTRY OF JUDGMENT**

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its counsel, LISA MADIGAN, Attorney General for the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby moves the honorable Court to delay the entry of judgment in this action up to, and including, Thursday, April 27, 2017, stating the following:

1. On November 28, 2016, the parties reached a settlement in this case during a settlement conference mediated by the Court. [Doc. 164.] The Court entered an order directing the Clerk to enter judgment in 120 days unless the parties petition for delay of entry of judgment. [Doc. 165.]

2. The undersigned and Plaintiff's counsel are in the process of obtaining the remaining few items of information to effectuate settlement. The undersigned anticipates receiving the remaining information from the Department of Corrections and Plaintiff's counsel in the next seven to 14 days.

3. Federal Rule of Civil Procedure 6 authorizes a court to extend the time "[w]hen an act may or must be done" for good cause on motion of a party. Fed. R. Civ. P. 6(b)(1).

4. The Defendant makes this motion in good faith for the purpose of having sufficient time to finalize the proposed settlement agreement with Plaintiff's attorney prior to the entry of judgment.

5. On March 23, 2017, the undersigned contacted Plaintiff's attorney concerning the filing of this motion. Plaintiff's attorney indicated he had no objection to this motion.

WHEREFORE, for the above and foregoing reasons, the Defendant respectfully requests the honorable Court delay the entry of judgment in this action up to, and including Thursday, April 27, 2017.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

The Defendant,

LISA MADIGAN, Attorney General, State of Illinois,

The Attorney for the Defendant.

By: /s/ Adam J. Poe
Adam J. Poe, #6301918

Adam J. Poe, #6301918
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: 217-782-9026
Fax: 217-524-5091
Primary: APoe@atg.state.il.us
Secondary: gls@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| MARC NORFLEET, #R-57214, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-cv-00626-SCW |
| | ) | Honorable Stephen C. Williams |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing *Unopposed Motion to Delay Entry of Judgment* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

bush_Law@ameritech.net

and I hereby certify that on March 28, 2017, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully Submitted,

s/ Adam J. Poe
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 782-9026
Fax: (217) 524-5091
E-Mail: apoe@atg.state.il.us